170 So. 918

### William H. EAST v. STATE.
### 4 Div. 260.

Court of Appeals of Alabama.
Oct. 27, 1936.

J. W. Brassell, of Phenix City, for appellant.

A. A. Carmichael, Atty. Gen., for the State.

BRICKEN, Presiding Judge.

Appeal dismissed on motion of appellant.

169 So. 908

### Arthur EATON v. STATE.
### 6 Div. 12.

Court of Appeals of Alabama.
May 19, 1936.

BRICKEN, Presiding Judge.

Appeal dismissed.

164 So. 916

### Henry ECHOLS v. STATE.
### 6 Div. 802.

Court of Appeals of Alabama.
Dec. 17, 1935.

RICE, Judge.

Appeal dismissed.

171 So. 922

### Victor ECONOMU v. STATE.
### 6 Div. 956.

Court of Appeals of Alabama.
Dec. 15, 1936.

SAMFORD, Judge.

Appeal dismissed on motion of appellant.

170 So. 917

### Carl EDWARDS v. STATE.
### 2 Div. 590.

Court of Appeals of Alabama.
Nov. 10, 1936.

RICE, Judge.

Affirmed.

165 So. 916

### Ernest EDWARDS v. STATE.
### 8 Div. 248.

Court of Appeals of Alabama.
Feb. 4, 1936.

RICE, Judge.

Affirmed.

167 So. 919

### James Archie ELAM v. STATE.
### 2 Div. 539.

Court of Appeals of Alabama.
Nov. 12, 1935.

Rehearing Denied March 17, 1936.

Thos. E. Knight, Jr., of Montgomery, for appellant.

A. A. Carmichael, Atty. Gen., for the State.

BRICKEN, Presiding Judge.

Affirmed.